Alexander L. Conti, California Bar No. 155945
aconti@conti-law.com
**CONTI LAW**
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone:  (949) 791-8555
Facsimile:   (949) 791-8556

Attorney for Plaintiff
CHARTWELL STAFFING SERVICES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTWELL STAFFING SERVICES INC.<br><br>Plaintiff,<br><br>v.<br><br>PFLUG PACKAGING & FULFILLMENT, INC.,<br><br>Defendant. | Case No. 2:21-cv-01071 JAM-AC<br><br>**ORDER RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND, CONTINGENT UPON RETAINING JURISDICTION, DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**[Federal Rule Civ. Proc. 41(a)(2)]** |

WHEREAS, Plaintiff Chartwell Staffing Services Inc. and defendant Pflug Packaging & Fulfillment, Inc., have entered into a Settlement Agreement that resolves all of Plaintiff's claims against Defendant in this action;

WHEREAS, the parties' Settlement Agreement states the parties agree to jointly request that the Court retain jurisdiction to enforce the Settlement Agreement and resolve any disputes between the parties with respect to any term of the Settlement Agreement, and contingent upon the Court retaining jurisdiction, the parties agree to dismiss their claims against each other with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and resolving any disputes between the parties with respect to any term of the Settlement Agreement, which is attached hereto as Exhibit A and whose terms are incorporated by reference herein;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.

Except as set forth in the attached Settlement Agreement, each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**


DATED:  October 29, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE